UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NICOLAS ROMERO HERNANDEZ, on behalf
of herself and all others similarly situated,

                Plaintiff,

-against-

J & M CORONA DELI CORP. and YANA
FOODS, INC. d/b/a J & m CORONA DELI,
JULIO HERNAN MARCA and
JIGNESHKUMAR PATEL, as individuals,

                Defendants.
------------------------------------------------------------X

**ORDER ADOPTING
REPORT & RECOMMENDATION**

23-CV-9120 (RER) (PK)

**RAMÓN E. REYES, JR., District Judge:**

        In a report and recommendation dated August 13, 2025, (ECF No. 41 ("R&R")), Magistrate Judge Peggy Kuo recommended that the Court grant plaintiff's motion for default judgment. (*Id.*) Judge Kuo advised the parties that they had 14 days from the date of that R&R in which to file objections. (*Id*.) The R&R was served via U.S.P.S. First Class Mail on August 14, 2025, on individual defendants and the pro se corporate defendant at its business mailing address. (ECF. No. 42). To date, no party has filed an objection to the R&R, and the time to do so has passed. Fed. R. Civ. P. 72(b)(2).

        Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, it is

ORDERED that the R&R is adopted in its entirety. The Clerk of Court is directed to enter judgment in favor of plaintiff Nicolas Romero Hernandez and to close this case.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.

RAMÓN E. REYES, JR.
United States District Judge

Dated: September 8, 2025
       Brooklyn, New York